# Null *v.* Zoning Board of Adjustment (et al., Appellant).

Argued November 15, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Augustine J. Rieffel,* for intervening appellants.

*Gordon Cavanaugh,* Assistant City Solicitor, with him *Lenard L. Wolffe,* Assistant City Solicitor, *Leonard L. Ettinger* and *James L. Stern,* Deputy City Solicitors, and *David Berger,* City Solicitor, for City of Philadelphia, intervening appellant.

*Walter G. Horowitz,* for appellee.

OPINION PER CURIAM, January 6, 1958:

The order of the Court below is affirmed on the opinion of Judge FLOOD of Court of Common Pleas No. 6 of the County of Philadelphia.